# Exhibit A

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 66.211.48.120 | 11/05/2012 11:07:10 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | LightCore, a CenturyTelCompany | Missouri |
| 2 | 199.91.172.144 | 11/05/2012 04:38:50 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | JCHost Internet Services, LLC | Missouri |
| 3 | 65.28.104.196 | 11/05/2012 08:31:42 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Road Runner | Missouri |
| 4 | 173.216.125.30 | 11/05/2012 09:34:36 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Suddenlink Communications | Missouri |
| 5 | 76.214.63.15 | 11/05/2012 09:37:22 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | AT&T Internet Services | Missouri |
| 6 | 67.43.251.34 | 11/05/2012 09:39:56 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Fidelity Communication International | Missouri |
| 7 | 96.24.253.0 | 11/05/2012 11:08:21 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Clearwire Corporation | Missouri |
| 8 | 68.247.160.252 | 11/06/2012 01:55:00 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Comcast Cable | Missouri |
| 9 | 108.230.241.49 | 11/06/2012 01:57:42 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | AT&T Internet Services | Missouri |
| 10 | 75.133.150.140 | 11/06/2012 08:02:48 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 11 | 71.81.216.145 | 11/06/2012 08:52:11 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 12 | 70.246.228.9 | 11/06/2012 06:10:40 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | AT&T Internet Services | Missouri |
| 13 | 75.132.35.13 | 11/07/2012 10:34:39 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 14 | 67.162.188.16 | 11/07/2012 01:26:28 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Comcast Cable | Missouri |
| 15 | 199.91.172.162 | 11/07/2012 03:32:04 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | JCHost Internet Services, LLC | Missouri |
| 16 | 50.9.214.193 | 11/07/2012 04:54:38 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Clearwire Corporation | Missouri |
| 17 | 69.21.60.136 | 11/08/2012 06:12:45 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | TDS Telecom | Missouri |
| 18 | 99.103.92.220 | 11/08/2012 07:22:29 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | AT&T U-verse | Missouri |
| 19 | 75.81.4.178 | 11/08/2012 02:29:43 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Road Runner | Missouri |
| 20 | 24.2.13.63 | 11/08/2012 03:03:05 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Comcast Cable | Missouri |
| 21 | 69.23.139.109 | 11/08/2012 03:15:40 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Road Runner | Missouri |
| 22 | 24.217.102.35 | 11/09/2012 10:30:22 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 23 | 12.53.39.194 | 11/10/2012 01:03:46 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | AT&T Services | Missouri |
| 24 | 68.70.88.202 | 11/10/2012 01:24:25 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | SureWest Kansas Operations, LLC | Missouri |
| 25 | 24.107.33.100 | 11/10/2012 03:29:33 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 26 | 207.155.79.93 | 11/10/2012 04:01:42 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Windstream Communications | Missouri |
| 27 | 199.189.84.200 | 11/10/2012 04:31:52 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Hosting Solutions International | Missouri |
| 28 | 68.23.112.113 | 11/10/2012 07:35:40 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Road Runner | Missouri |
| 29 | 72.135.107.235 | 11/10/2012 12:11:06 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Road Runner | Missouri |
| 30 | 67.162.190.66 | 11/10/2012 07:00:47 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | Comcast Cable | Missouri |
| 31 | 99.191.177.103 | 11/10/2012 11:54:55 | BD94189 95FBB78D8888D7208003B7A00DC6B6980D | AT&T Internet Services | Missouri |

| # | IP Address | Timestamp | Hash | ISP | State |
|---|---|---|---|---|---|
| 32 | 173.208.213.123 | 11/10/2012 11:58:59 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | WholeSale Internet | Missouri |
| 33 | 174.125.34.27 | 11/11/2012 02:55:30 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | CenturyTel Internet Holdings | Missouri |
| 34 | 108.212.168.179 | 11/11/2012 07:30:10 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | AT&T U-verse | Missouri |
| 35 | 99.100.41.200 | 11/11/2012 07:39:09 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | AT&T U-verse | Missouri |
| 36 | 69.179.167.228 | 11/11/2012 03:22:20 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | CenturyTel Internet Holdings | Missouri |
| 37 | 67.61.161.64 | 11/12/2012 04:15:27 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Cable One | Missouri |
| 38 | 99.189.66.182 | 11/12/2012 11:38:57 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | AT&T Internet Services | Missouri |
| 39 | 97.91.182.175 | 11/13/2012 06:35:38 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 40 | 97.88.111.46 | 11/13/2012 09:11:50 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 41 | 76.241.63.234 | 11/13/2012 06:43:07 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | AT&T U-verse | Missouri |
| 42 | 24.217.35.140 | 11/14/2012 04:32:18 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 43 | 107.202.84.188 | 11/14/2012 05:29:46 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | AT&T U-verse | Missouri |
| 44 | 166.147.97.86 | 11/14/2012 11:29:31 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Wireless Data Service Provider Corporation | Missouri |
| 45 | 24.50.133.18 | 11/14/2012 04:44:11 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Semo Communications | Missouri |
| 46 | 97.85.244.187 | 11/14/2012 05:06:35 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 47 | 166.147.98.44 | 11/14/2012 05:49:26 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Wireless Data Service Provider Corporation | Missouri |
| 48 | 108.226.208.12 | 11/15/2012 12:05:47 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | AT&T U-verse | Missouri |
| 49 | 75.133.154.110 | 11/15/2012 01:48:09 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 50 | 207.155.65.73 | 11/15/2012 10:12:33 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Windstream Communications | Missouri |
| 51 | 75.133.163.55 | 11/15/2012 04:32:26 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 52 | 75.130.208.150 | 11/15/2012 10:44:45 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 53 | 75.133.168.157 | 11/16/2012 02:10:17 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 54 | 69.179.107.196 | 11/16/2012 06:23:26 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | CenturyTel Internet Holdings | Missouri |
| 55 | 108.235.47.18 | 11/17/2012 12:19:07 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | AT&T U-verse | Missouri |
| 56 | 99.25.126.129 | 11/17/2012 09:44:40 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | AT&T U-verse | Missouri |
| 57 | 97.85.170.255 | 11/17/2012 01:40:14 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 58 | 69.171.162.195 | 11/17/2012 02:41:59 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Cricket Communications | Missouri |
| 59 | 108.250.162.28 | 11/18/2012 05:20:53 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | AT&T U-verse | Missouri |
| 60 | 24.217.132.198 | 11/19/2012 01:34:32 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 61 | 72.128.46.46 | 11/19/2012 01:54:06 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Road Runner | Missouri |
| 62 | 24.182.190.69 | 11/19/2012 04:20:01 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |
| 63 | 75.134.199.4 | 11/19/2012 03:53:26 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Charter Communications | Missouri |

| # | IP | Date | Hash | ISP | State |
|---|---|---|---|---|---|
| 64 | 66.39.201.46 | 11/19/2012 10:26:12 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Kc Nap, LLC | Missouri |
| 65 | 97.85.148.39 | 11/20/2012 05:21:37 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 66 | 99.109.111.13 | 11/20/2012 09:00:57 | BD94189955FBB78D888D7208003B7A00DC6B6980D | AT&T U-verse | Missouri |
| 67 | 173.20.142.73 | 11/21/2012 04:32:09 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Mediacom Communications Corp | Missouri |
| 68 | 24.217.236.198 | 11/21/2012 12:00:45 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 69 | 99.52.185.186 | 11/21/2012 12:44:55 | BD94189955FBB78D888D7208003B7A00DC6B6980D | AT&T U-verse | Missouri |
| 70 | 65.31.207.3 | 11/21/2012 02:46:43 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Road Runner | Missouri |
| 71 | 71.85.228.145 | 11/21/2012 05:38:01 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 72 | 24.107.132.193 | 11/21/2012 05:45:09 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 73 | 97.86.2.32 | 11/22/2012 09:20:21 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 74 | 75.54.55.116 | 11/22/2012 10:00:47 | BD94189955FBB78D888D7208003B7A00DC6B6980D | AT&T U-verse | Missouri |
| 75 | 71.81.211.182 | 11/22/2012 11:10:51 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 76 | 71.49.65.195 | 11/23/2012 04:08:30 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Embarq Corporation | Missouri |
| 77 | 71.49.66.170 | 11/23/2012 02:13:34 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Embarq Corporation | Missouri |
| 78 | 75.121.37.135 | 11/25/2012 12:38:44 | BD94189955FBB78D888D7208003B7A00DC6B6980D | CenturyTel Internet Holdings | Missouri |
| 79 | 24.35.231.69 | 11/25/2012 09:38:13 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Cobridge Communications LLC | Missouri |
| 80 | 24.217.100.97 | 11/26/2012 06:48:51 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 81 | 72.133.230.24 | 11/26/2012 07:00:57 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Road Runner | Missouri |
| 82 | 99.95.144.231 | 11/26/2012 08:20:01 | BD94189955FBB78D888D7208003B7A00DC6B6980D | AT&T U-verse | Missouri |
| 83 | 108.223.202.237 | 11/26/2012 09:52:11 | BD94189955FBB78D888D7208003B7A00DC6B6980D | AT&T U-verse | Missouri |
| 84 | 216.139.108.47 | 11/27/2012 04:09:14 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Grand River Mutual Telephone Corporation | Missouri |
| 85 | 99.21.219.58 | 11/27/2012 05:46:48 | BD94189955FBB78D888D7208003B7A00DC6B6980D | AT&T U-verse | Missouri |
| 86 | 96.35.246.6 | 11/28/2012 06:27:36 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 87 | 24.107.35.115 | 11/29/2012 07:33:16 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 88 | 69.243.255.162 | 11/29/2012 09:00:03 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Missouri |
| 89 | 66.189.228.103 | 11/30/2012 04:50:35 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Charter Communications | Missouri |
| 90 | 69.179.167.104 | 11/30/2012 08:18:33 | BD94189955FBB78D888D7208003B7A00DC6B6980D | CenturyTel Internet Holdings | Missouri |
| 91 | 69.10.117.212 | 12/01/2012 05:02:50 | BD94189955FBB78D888D7208003B7A00DC6B6980D | CableAmerica Corporation | Missouri |
| 92 | 216.146.255.158 | 12/01/2012 06:41:43 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Missouri Network Alliance, LLC | Missouri |
| 93 | 65.26.109.2 | 12/01/2012 11:33:40 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Road Runner | Missouri |
| 94 | 108.199.188.148 | 12/02/2012 04:33:18 | BD94189955FBB78D888D7208003B7A00DC6B6980D | AT&T U-verse | Missouri |
| 95 | 69.242.136.223 | 12/03/2012 02:00:46 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Missouri |

| 96 | 24.171.122.169 | 12/04/2012 01:46:05 | BD9418995FBB78D8888D7208003B7A00DC6B6980D | Charter Communications | Missouri |