# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-814-220**

**Effective date of registration:**
October 5, 2012

## Title
| | |
|---|---|
| Title of Work: | Buffy The Vampire Slayer |

## Completion/Publication
| | | | |
|---|---|---|---|
| Year of Completion: | 2012 | | |
| Date of 1st Publication: | May 31, 2012 | Nation of 1st Publication: | United States |

## Author
| | | | |
|---|---|---|---|
| Author: | PHE Inc | | |
| Author Created: | production/producer | | |
| Work made for hire: | Yes | | |
| Citizen of: | United States | Domiciled in: | United States |

## Copyright claimant
| | |
|---|---|
| Copyright Claimant: | PHE Inc |
| | 302 Meadowlands Dr, Hillsborough, NC, 27278, United States |

## Rights and Permissions
| | | | |
|---|---|---|---|
| Name: | Veroncia June Rush | | |
| Email: | vrush@pheinc.com | Telephone: | 919-644-8100 |
| Address: | 302 Meadowlands Dr | | |
| | HIllsborough, NC 27278  United States | | |

## Certification
| | |
|---|---|
| Name: | Veronica Rush |
| Date: | October 1, 2012 |