IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHE, Inc. | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )   Case No. TBD |
| | ) |
|  DOES 1-96. | )   ***JURY TRIAL DEMANDED*** |
| | ) |
|     *Defendants*. | ) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff PHE, Inc. in accordance with Federal Rules of Civil Procedure Rule 7.1 hereby advises the Court that **PHE, Inc.** is not the subsidiary of any parent corporation, nor does any corporation hold ten percent (10%) or more of the stock of **PHE, Inc.**

          Respectfully submitted,
          PHE, Inc.

         By its attorneys,
        SIMMONS BROWDER GIANARIS
          ANGELIDES & BARNERD LLC

Dated:  December 12, 2012         By: */s/ Paul A. Lesko*
         Paul A. Lesko – E.D. Mo. Bar No. 51914
         One Court Street
         Alton, IL 62002
         (618) 259-2222
         (618) 259-2251-*facsimile*
         plesko@simmonsfirm.com

## CERTIFICATE OF SERVICE

       I hereby certify that on December 12, 2012, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                      */s/ Paul Lesko*_____