UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PHE, Inc.,

_____,  )
　　　Plaintiff(s),  )
　　　　　　　　　　)
v.　　　　　　　　  )　　Case No. TBD
　　　　　　　　　　)
DOES 1-96.　　　　  )
_____,  )
　　　Defendant(s). )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now ___Plaintiffs___ and notifies the court of the intent to use
　　　(Plaintiff or Defendant)

___Civil Action Group, Ltd, d/b/a APS___
(name and address of process server)

___7800 Glenroy Rd.___

___Minneapolis, MN  55439___

To serve: ___All Defendants_____in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

　12/12/2012　　　　　　　　　　　　　/s/ Paul A. Lesko
_____　　　　　　　_____
　　(date)　　　　　　　　　　　　　　(attorney for Plaintiff)


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　(attorney for Defendant)