IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHE, INC.,                    ) | |
|        ) | |
|    *Plaintiff*,           ) | |
|        ) | |
| v.        ) | Case No. 4:12CV02296 HEA |
|        ) | |
|        ) | |
| DOES 1-96.        ) | ***JURY TRIAL DEMANDED*** |
|        ) | |
|    *Defendants*.        ) | |
|        ) | |

**[PROPOSED] ORDER**

Upon the Plaintiff's Motion for Extension of Time to Name and Serve Defendants Pursuant to Fed. R. Civ. P. 4(m) it is hereby:

ORDERED that Plaintiff must effectuate service in this cause of action within 120 days of April 11, 2013.

DATED:_____        By:_____

1