PHE inc v. Does 1-96

ID Number: 75
IP Address:
Court Case No. 4:12-CV-02296
Charter Case No. 13-1778

I, Does 1-96 object to the disclosure of my personal information

**RECEIVED**
JUL 22 2013
**BY MAIL**