I Matthew Fenton object to the release of my information..

Thank You

*Matthew Fenton*

Charter Case Number - 13-1778

Case Number - 4:12-cv-02296

I.D Number 89

HEA

RECEIVED
JUL 2 4 2013
BY MAIL

FILED
JUL 2 4 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

Matthew Fenton
121 West 9th Street
Eldon, MO
65026

PAID PRSRT BULK RATE
MO 650 2 T
[illegible]

RECEIVED
JUL 24 2013
BY MAIL

US District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, MO
63102