# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHE, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:12-cv-02296-HEA |
| ) | |
| DOES 1-96, ) | Hon. Judge Henry E. Autrey |
| Defendants. ) | |
| ) | |

## LIMITED ENTRY OF APPEARANCE

COMES NOW, Attorney John R. Schneider and hereby enters his limited appearance on behalf of a Deponent/Witness, John Doe 86(:Doe 86"), and this Entry of Appearance is for the limited purposes of representing John Doe 86 ("Doe 86") in regard to a Subpoena that was sent to Defendant.

JOHNSON & SCHNEIDER, L.L.C.


/s/ John R. Schneider
JOHN R. SCHNEIDER #54194


JOHN R. SCHNEIDER
JOHNSON & SCHNEIDER, L.L.C.
212 North Main Street
Cape Girardeau, MO 63701
Telephone: (573) 335-3300
Facsimile: (573) 335-1978
www.johnsonschneider.com

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on this 26th day of July, 2013, a copy of the above and foregoing pleading was filed electronically with the Clerk of the Court, using CM/ECF System, which sent notification of such filing to:

Paul A. Lesko
SIMMONS AND BROWDER, LLC
One Court Street
Alton, IL 62002

Jonathan L.A. Phillips
SHAY KEPPLE PHILLIPS, LTD
456 Fulton Street
Suite 255
Peoria, IL 61602

Kevin J. Kasper
KASPER LAW FIRM, LLC
3930 Old Highway 94 S.
Suite 108
St. Charles, MO 63304

             __/s/ John R. Schneider_____
             JOHN R. SCHNEIDER