IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PHE, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 4:12-CV-02296-HEA |
| | ) | |
| Does 1-96, | ) | |
| | ) | |
| *Defendants*. | ) | ***JURY TRIAL DEMANDED*** |
| | ) | |

## DISMISSAL OF DOE NO. 58
## PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Number 58. This Notice of Dismissal is specific to the Doe Defendant identified herein and does not apply to any Defendants other than the Defendant listed herein. The Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal ninety four (94) Defendants will remain in this action.

Plaintiff hereby dismisses Doe 63 **without prejudice**.

Dated: August 2, 2013                    Respectfully submitted,
                                         PHE, Inc.


                                         By its Attorneys,

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC


By: /s/ Paul A. Lesko
    Paul A. Lesko
    One Court Street
    Alton, IL 62002
    Ph: 618.259.2222
    Fax: 618.259.2251
    plesko@simmonsfirm.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of August, 2013, a true and accurate copy of the foregoing was filed via the Court's Electronic Case Filing system ("ECF") upon all counsel of record:

Jonathan L.A. Phillips
SHAY KEPPLE PHILLIPS, LTD.
456 Fulton Street
Suite 255
Peoria, IL 61602
Phone: 309-494-6155
Fax: 309-494-6156
jphillips@skplawyers.com
***Counsel for Defendant Doe 52***

Kevin J. Kasper
KASPER LAW FIRM, LLC
3930 Old Highway 94 S.
Suite 108
St. Charles, MO 63304
Phone: 636-922-7100
Fax: 1-866-303-2874
kevinkasper@kasperlawfirm.com
***Counsel for Defendant Doe 46***

John R. Schneider
JOHNSON, STARK & SCHNEIDER, L.L.C.
212 North Main Street
Cape Girardeau, MO 63701
Phone: 573-335-3300
Fax: 573-335-1978
john@johnsonschneider.com
***Counsel for Defendant Doe 86***

                                                */s/ Paul A. Lesko*
                                    Paul A. Lesko - Simmons, Browder, Gianaris,
                                    Angelides & Barnerd, LLC