## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PHE, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 4:12-CV-02296-HEA |
| | ) | |
| Does 1-96, | ) | Hon. Henry E. Autrey |
| | ) | |
| *Defendants.* | ) | ***JURY TRIAL DEMANDED*** |
| | ) | |

## MOTION TO AMEND DOCKET NO. 33

Plaintiff files this Motion to Amend Docket No. 33, Plaintiff's Notice of Dismissal of Doe Number 58. Plaintiff has discovered a minor scrivener's error within this pleading. The final line of the Dismissal reads "Plaintiff hereby dismisses Doe 63 without prejudice." *Id.* at 1.

As consistent with the title of the Motion, and the first sentence of the Motion, the final sentence of the Dismissal should read "Plaintiff hereby dismisses **Doe 58** without prejudice."

Plaintiff respectfully requests that Docket No. 33 be amended to reflect this correction.

Dated:  August 5, 2013         Respectfully submitted,
                                    PHE, Inc.

                                    By its Attorneys,

                                    SIMMONS BROWDER GIANARIS
                                    ANGELIDES & BARNERD LLC

By: /s/ Paul A.  Lesko
       Paul A. Lesko
       One Court Street
       Alton, IL 62002
       Ph: 618.259.2222
       Fax: 618.259.2251
       plesko@simmonsfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of August, 2013, a true and accurate copy of the foregoing was filed via the Court's Electronic Case Filing system ("ECF") upon all counsel of record:

Jonathan L.A. Phillips
SHAY KEPPLE PHILLIPS, LTD.
456 Fulton Street
Suite 255
Peoria, IL 61602
Phone:  309-494-6155
Fax: 309-494-6156
jphillips@skplawyers.com
**Counsel for Defendant Doe 52**

Kevin J. Kasper
KASPER LAW FIRM, LLC
3930 Old Highway 94 S.
Suite 108
St. Charles, MO 63304
Phone:  636-922-7100
Fax: 1-866-303-2874
kevinkasper@kasperlawfirm.com
**Counsel for Defendant Doe 46**

John R. Schneider
JOHNSON, STARK & SCHNEIDER, L.L.C.
212 North Main Street
Cape Girardeau, MO 63701
Phone:  573-335-3300
Fax: 573-335-1978
john@johnsonschneider.com
**Counsel for Defendant Doe 86**

_____/s/ Paul A. Lesko_____
Paul A. Lesko - Simmons, Browder, Gianaris,
Angelides & Barnerd, LLC

3