IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHE, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 4:12-CV-02296-HEA |
| Does 1-96, | ) Hon. Henry E. Autrey |
| *Defendants*. | ) ***JURY TRIAL DEMANDED*** |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Docket No. 33 is **GRANTED**;

**IT IS FURTHER ORDERED** that Doe 58 is dismissed from this action **without prejudice**.

Date: 8-6-13

By: [signature]