## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHE, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 4:12-cv-02296 |
| ) | |
| Does 1-96, ) | Hon. Henry E. Autrey |
| ) | |
| *Defendants*. ) | ***JURY TRIAL DEMANDED*** |
| ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO NAME AND SERVE DEFENDANTS

On August 14, 2013 Plaintiff PHE, Inc. moved for an Extension of Time to Name and Serve Defendants Pursuant to Federal Rule of Civil Procedure Rule 4(m).

WHEREFORE:

IT IS HEREBY ORDERED that Plaintiff's Second Motion for an Extension of Time to Name and Serve Defendants Pursuant to Federal Rule of Civil Procedure Rule 4(m) is GRANTED;

IT IS FURTHER ORDERED that Plaintiff must effectuate service on the Doe Defendants by November 12, 2013.

DATED: 8-15-13                        BY: [signature]