IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> Does 1-96, <br><br> *Defendants*. | Case No. 4:12-cv-02296-HEA <br><br> Hon. Henry E. Autrey <br><br><br> *JURY TRIAL DEMANDED* |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff PHE, Inc. hereby files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and dismisses Does 2-9, 11-24, 26-32, 34, 35, 38-45, 47, 48, 50, 51, 53-57, 59-62, 64-72, 74, 76, 80-86, 87, 88, and 91-96. This dismissal is specific to the 77 Does identified herein and does not apply to any Defendants other than the Defendants specified herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment. Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is therefore appropriate. After this dismissal sixteen (16) Defendants will remain in this action.

Plaintiff hereby dismisses Does 2-9, 11-24, 26-32, 34, 35, 38-45, 47, 48, 50, 51, 53-57, 59-62, 64-72, 74, 80-86, 87, 88, and 91-96 **without prejudice**.

Plaintiff hereby dismisses Doe 76 **with prejudice**.

1

Dated:  November 1, 2013

Respectfully submitted,
PHE, INC.


By its attorneys,
SIMMONS BROWDER GIANARIS
  ANGELIDES & BARNERD LLC


By: /s/ *Paul A. Lesko*
Paul A. Lesko – E.D. Mo. Bar No. 51914
One Court Street
Alton, IL 62002
Phone: 618.259.2222
Fax: 618.259.2251
plesko@simmonsfirm.com

*Attorney for Plaintiff PHE, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system.

Kevin Kasper
Kasper Law Firm, LLC
3930 Old Hwy 94 South, Suite 108
St. Charles, MO 63304
Phone: 636.922.7100
Fax: 866.303.2874
kevinkasper@kasperlawfirm.com.
***Counsel for Defendant Doe No. 46***

John R. Schneider
Johnson & Schneider, LLC
212 North Main Street
Cape Girardeau, MO 63701
Phone: 573.335.3300
Fax: 573.335.1978
***Counsel for Defendant Doe No. 86***

Jonathan L.A. Phillips
Shay Kepple Phillips, LTD.
456 Fulton Street, Suite 255
Peoria, IL 61602
Phone: 309-494-6155
Fax: 309-494-6156
jphillips@skplawyers.com
***Counsel for Defendant Doe No. 52***

/s/ *Paul A. Lesko*
Paul A. Lesko – Simmons Browder Gianaris Angelides & Barnerd, LLC