IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHE, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> Does 1-96, <br><br> *Defendants.* | Case No. 4:12-cv-02296-HEA <br><br> Hon. Henry E. Autrey <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff PHE, Inc. hereby files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and dismisses Does 1, 10, 25, 33, 36, 37, 49, 73, 77, 78, 89, and 90. This dismissal is specific to the 12 Does identified herein and does not apply to any Defendants other than the Defendants specified herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment. Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is therefore appropriate. After this dismissal three (3) Defendants will remain in this action.

Plaintiff hereby dismisses Does 1, 10, 25, 33, 36, 37, 49, 73, 77, 78, 89 and 90 **without prejudice**.

Dated: November 12, 2013

Respectfully submitted,
PHE, INC.

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

1

By: /s/ *Paul A. Lesko*
Paul A. Lesko – E.D. Mo. Bar No. 51914
One Court Street
Alton, IL 62002
Phone: 618.259.2222
Fax: 618.259.2251
plesko@simmonsfirm.com

***Attorney for Plaintiff PHE, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system.

Kevin Kasper
Kasper Law Firm, LLC
3930 Old Hwy 94 South, Suite 108
St. Charles, MO  63304
Phone:  636.922.7100
Fax:  866.303.2874
kevinkasper@kasperlawfirm.com.
***Counsel for Defendant Doe No. 46***

Jonathan L.A. Phillips
Shay Kepple Phillips, LTD.
456 Fulton Street, Suite 255
Peoria, IL 61602
Phone:  309-494-6155
Fax: 309-494-6156
jphillips@skplawyers.com
***Counsel for Defendant Doe No. 52***

/s/ *Paul A. Lesko*
Paul A. Lesko – Simmons Browder Gianaris Angelides & Barnerd, LLC