UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PHE, INC.                                  )
                                           )
        Plaintiff,                         )
                                           )
    vs.                                    )        Case No. 4:12CV2296 HEA
                                           )
DOES 1-96,                                 )
                                           )
        Defendants.                        )

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff is to file with the Court a status report as to

the remaining Defendants in this matter within ten (10) days of the date of this Order.

Dated this 13th day of January, 2014.

_____
        HENRY EDWARD AUTREY
        UNITED STATES DISTRICT JUDGE