IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PHE, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-02296 |
| | ) | |
| DOE 46, | ) | Hon. Henry E. Autrey |
| | ) | |
| *Defendant.* | ) | *JURY TRIAL DEMANDED* |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff hereby voluntarily dismisses Doe Defendant 46 pursuant to FED. R. CIV. P.

41(a)(1)(A)(i). The Doe has filed neither an answer to Plaintiff's complaint, nor a motion for

summary judgment with respect to the same. Dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(i)

is therefore appropriate. Pursuant to this Court's Order, Docket No. 48, Doe 46 is the only

remaining Defendant in this action. Further, this Court's Order, Docket No. 49, quashed

Plaintiff's subpoena to Charter Communications, Inc., making Doe 46's identify unknowable to

Plaintiff. Accordingly, Plaintiff must dismiss Doe Defendant 46. This dismissal will conclude the

matter.

Plaintiff hereby dismisses Doe Defendant 46 **with prejudice.**

Dated: January 23, 2014

Respectfully submitted,
PLAINTIFF PHE, INC.

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: */s/ Paul A. Lesko* _____

    Paul A. Lesko - E.D. Mo. Bar No. 51914
    One Court Street
    Alton, IL  62002
    Phone:  618-259-2222
    Fax:  618-259-2251
    plesko@simmonsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2014, the foregoing document was filed

electronically with the Clerk of Court to be served by operation of the Court's ECF electronic

filing system upon all counsel of record.

Jonathan L.A. Phillips
SHAY KEPPLE PHILLIPS, LTD.
456 Fulton Street, Suite 255
Peoria, IL 61602
Phone:  309-494-6155
Fax: 309-494-6156
jphillips@skplawyers.com
***Counsel for Doe Defendant 52***


Kevin J. Kasper
KASPER LAW FIRM, LLC
3930 Old Highway 94 S., Suite 108
St. Charles, MO 63304
Phone:  636-922-7100
Fax: 1-866-303-2874
kevinkasper@kasperlawfirm.com
***Counsel for Doe Defendant 46***


    */s/ Paul A. Lesko* _____
    PAUL A . LESKO – SIMMONS BROWDER GIANARIS
    ANGELIDES & BARNERD, LLC