**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| PHE, INC., ) </br> ) </br>    *Plaintiff*, ) </br> ) </br> v. ) </br> ) </br> Doe 46, ) </br> ) </br> ) </br> ) </br>    *Defendant*. ) </br> _____) | Case No. 12-cv-02296 </br></br> Hon. Henry E. Autrey </br></br></br> ***JURY TRIAL DEMANDED*** |

**STATUS REPORT**

On January 23, 2014, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) [Docket No. 52]. Pursuant to the dismissal, Plaintiff dismissed the only remaining Defendant in this action, Doe 46, thereby concluding this matter.

Dated:  February 3, 2014           Respectfully submitted,
                                          PLAINTIFF PHE, INC.

                                          SIMMONS BROWDER GIANARIS
                                              ANGELIDES & BARNERD LLC


                                            By: */s/ Paul A. Lesko* _____
                                                Paul A. Lesko - E.D. Mo. Bar No. 51914
                                                One Court Street
                                                Alton, IL  62002
                                                Phone:  618-259-2222
                                                Fax:  618-259-2251
                                                plesko@simmonsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2014, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's ECF electronic filing system upon all counsel of record.

Kevin J. Kasper
KASPER LAW FIRM, LLC
3930 Old Highway 94 S.
Suite 108
St. Charles, MO  63304
Phone:  636.922.7100
Fax:  1-866-303-2874
kevinkasper@kasperlawfirm.com
***Counsel for Doe Defendant No. 46***

/s/ Paul A. Lesko
PAUL A. LESKO – SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD, LLC